904

No. 463. JOHNSON v. STUCKER, REFORMATORY SUPERINTENDENT. Sup. Ct. Kan. Certiorari denied. *Melvin L. Wulf* and *Eleanor Holmes Norton* for petitioner. *J. Richard Foth, Edward G. Collister, Jr.,* and *Ray L. Borth,* Assistant Attorneys General of Kansas, for respondent.

No. 455. ONESTI v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Julius Lucius Echeles* for petitioner. *Solicitor General Griswold* for the United States.

No. 465. SERZYSKO v. CHASE MANHATTAN BANK. C. A. 2d Cir. Certiorari denied. *Arthur C. Fink* for petitioner. *A. Donald MacKinnon* for respondent.

No. 466. ST. HELENA PARISH SCHOOL BOARD ET AL. v. HALL ET AL. C. A. 5th Cir. Certiorari denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, *John F. Ward, Jr., Harry Kron, Jr., Bernard Boudreaux, Thompson Clarke, Albin Lassiter, Richard Kilbourne, E. O. Ware III, Leonard E. Yokum, Frank Salter, Charles Riddle,* and *Nolan Edwards* for petitioners. *Solicitor General Griswold* and *Assistant Attorney General Leonard* for respondent United States. *Mr. Gremillion* and *Victor A. Sachse* filed a brief for the State of Louisiana as *amicus curiae* in support of the petition.

No. 469. NATIONAL LABOR RELATIONS BOARD v. PEPSI-COLA BUFFALO BOTTLING CO. ET AL. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for petitioner. *Stuart Goldstein* for respondents.